IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES K. ARRINGTON, JR., | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:22-CV-331 |
| BERNADETTE MASON, et al, | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on October 31, 2022. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On October 27, 2025, Judge Lanzillo issued a Report and Recommendation recommending that the petition for writ of habeas corpus be denied. ECF No. 22.[1] No Objections to the Report and Recommendation have been filed.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1). Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—

---

[1] A copy of the Report and Recommendation was mailed to Arrington at this address of record. This mail was returned to sender with a notation that Arrington has been paroled. It is the responsibility of the litigant to keep the Court informed as to any changes to their present address, a duty which Arrington has not fulfilled.

the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the petition and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 2nd day of December 2025;

IT IS ORDERED that the petition for writ of habeas corpus is denied and a certificate of appealability is denied. The Clerk is directed to close this case.

AND IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on October 27, 2025 [ECF No. 22] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge